

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.    ED CV 08-00911-SGL(OPx)                                     Date:  September 16, 2008

Title:    ALEXANDER EMIA -v- MORTGAGE ELECTRONIC REGISTRATIONS SYSTEM, INC., ET AL.

==================================================================
PRESENT:  HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

    Jim Holmes                                  None Present
    Courtroom Deputy Clerk               Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:

None present                                                              None present

PROCEEDINGS:     MINUTE ORDER (IN CHAMBERS)

     This matter is before the Court on defendants' motions to dismiss (docket #10 and #13). The Court deems this matter appropriate for decision without oral argument.  See Fed. R. Civ. P. 78; Local Rule 7-15.  Accordingly, the hearing set for September 22, 2008, is **VACATED**.

     The motions seek to dismiss all claims asserted in this action.  No timely opposition to the motions have been filed; accordingly, the Court **DISMISSES** the present action.  <u>See</u> Local Rule 7-12 ("The Court may decline to consider any memorandum or other paper not filed within the deadline set by order or local rule. The failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion.").

     The prevailing party in this matter has 7 days from the issuance of this Minute Order to submit a proposed judgment for the court's approval.

     Upon issuance of the final judgment in this matter the Clerk shall close the case.

     **IT IS SO ORDERED.**