1  JOHN M. SORICH (CA Bar No. 125223)
   jsorich@adorno.com
2  CHRISTOPHER YOO (CA Bar No. 169442)
   cyoo@adorno.com
3  ADORNO YOSS ALVARADO & SMITH
   A Professional Corporation
4  1 MacArthur Place, Suite 200
   Santa Ana, California 92707
5  Tel: (714) 852-6800
   Fax: (714) 852-6899
6

7  Attorneys for Defendant
   JPMORGAN CHASE & CO.
8

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

**ENTERED JS-6**

| | |
|---|---|
| ALEXANDER EMIA, | **CASE NO.: EDCV 08-00911 SGL (OPX)** |
| Plaintiff, | |
| v. | **JUDGE:** Hon. Stephen G. Larson |
| Mortgage Electronic Registrations System, Inc., Aurora Loan Servicing; Great American Realty; JP Morgan Chase & Co; Deutsche Bank, Does 1-X, inclusive, | **JUDGMENT** |
| Defendants. | |

///

///

1
JUDGMENT

1062235.1

On September 16, 2008, this Court granted the Motion of defendants JP Morgan Chase & Co., ("JP Morgan") to Dismiss the Complaint of plaintiff Alexander Emia ("Emia" or "Plaintiff"). The Court found that Plaintiff cannot state any claim against JPMorgan, since no timely opposition to the Motion To Dismiss has been filed. *See* Local Rule 7-12 ("The Court may decline to consider any memorandum or other paper not filed within the deadline set by order or local rule. The failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion."). A copy of the Minute Order dismissing the instant action is attached hereto as Exhibit "A."

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's Complaint is dismissed with prejudice as to JPMorgan. The Court orders that Judgment is entered in favor of JPMorgan against Plaintiff.

DATED: September 30, 2008

Stephen G. Larson
Judge, United States District Court