1  ERIC D. HOUSER (SBN 130079)
   JEFFREY S. ALLISON (SBN 173620)
2  HOUSER & ALLISON
   A Professional Corporation
3  9970 Research Drive
   Irvine, California 92618
4  Telephone:    (949) 679-1111
   Facsimile:    (949) 679-1112
5
6  Attorneys for Defendants, AURORA LOAN SERVICES, LLC, erroneously sued herein as
   AURORA LOAN SERVICING, and MORTGAGE ELECTRONIC REGISTRATION
7  SYSTEMS, INC., erroneously sued herein as MORTGAGE ELECTRONIC REGISTRATIONS
   SYSTEM, INC.
8
9                    **UNITED STATES DISTRICT COURT**

10          **CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

11  ALEXANDER EMIA,                          ) Case No. EDCV 08-00911 SGL (OPx)
                                             )
12                          Plaintiffs,      ) HON. STEPHEN G. LARSON
                                             )
13  v.                                       ) **JUDGMENT OF DISMISSAL**
                                             )
14                                           )
    Mortgage Electronic Registrations System,)
15  Inc.; Aurora Loan Servicing; Great American)
    Realty; JP Morgan Chase & Co.; Deutsche  )
16  Bank; and Does 1-X, Inclusive,           )
                                             )
17                          Defendants.      )
    _____ )
18

19        The Court, having granted the Motion to Dismiss (docket # 10) by Defendants

20  AURORA LOAN SERVICES, LLC ("Aurora") and MORTGAGE ELECTRONIC

21  REGISTRATION SYSTEMS, INC. pursuant to its Minute Order dated September 16, 2008,

22        **IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

23        Judgment is entered and Aurora and MERS are dismissed from this action with

24  prejudice.

25
26  DATED:   October 10, 2008

27                                    UNITED STATES DISTRICT JUDGE

28

---

**JUDGMENT**
1

O:\ECF Ready\Alexander Emia_ADDITIONAL (PARTY)  PROP JGMT.doc